The J. W. Reedy Elevator Manufacturing Company

v.

Anna Pitvowsky et al. by Next Friend, etc.

*Practice—New Trial—Appeal.*

An order overruling a motion for a new trial is not final, and no appeal lies therefrom.

[Opinion filed February 12, 1890.]

Appeal from the County Court of Cook County; the Hon. Richard Prendergast, Judge, presiding.

Mr. George R. Grant, for appellant.

Messrs. Duncan & Gilbert, for appellee.

Garnett, J.   The appellant has brought this record to this court on the supposition that the County Court rendered a judgment against it for $275.   The appeal bond recites that such is the fact, but no judgment is found in the record.   A verdict for $225 is shown, a motion for a new trial and order overruling the same, whereupon appeal was prayed by appellant, and allowed.   The order overruling the motion for a new trial was not final, and no appeal lies therefrom.

There is nothing here for this court to affirm or reverse, and therefore the appeal must be dismissed.

*Appeal dismissed.*